No. 340. YUEN ET AL. *v.* CALIFORNIA. October 9, 1939. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District, of California, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. George Olshausen* for petitioners. *Mr. Earl Warren*, Attorney General of California, for respondent. ■

No. 341. SPEAR *v.* CALIFORNIA. October 9, 1939. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District, of California, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. George Olshausen* for petitioner. *Mr. Earl Warren*, Attorney General of California, for respondent. ■

No. 371. FLETCHER *v.* JONES ET AL., TRUSTEES. October 9, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis*, denied. *Edmond C. Fletcher, pro se.* No appearance for respondents. ■

No. 294. O'BRIEN *v.* CALMAR STEAMSHIP CORP. October 9, 1939. The motion to proceed on typewritten papers is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit is denied. *Mr. Abraham E. Freedman* for petitioner. *Mr. Frank A. Bull* for respondent. ■